# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2010

Marilyn Kelly,
Chief Justice

140274 & (21)(22)

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 140274
COA: 293022
Shiawassee CC: 04-000993-FH

DONALD LEE KISSNER,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the November 2, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motions to remand and for appointment of counsel are DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2010

_____
Clerk

y0830